**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

INDIANAPOLIS  RACQUET  CLUB, )
INC.,                                            )
                                                    )
                                                    )
              Plaintiff,                     )    Civil Action No.  1:22-cv-471
                                                    )
        v.                                     )    Judge _____
                                                    )
THE    CINCINNATI    INSURANCE  )
COMPANY,                               )
                                                    )
              Defendant.                   )

**NOTICE OF REMOVAL**

Defendant, THE CINCINNATI INSURANCE COMPANY ("Defendant"), pursuant

to 28 U.S.C. §1446, hereby removes the above-captioned action, pending in the Marion

County Superior Court as Cause No. 49D01-2203-PL-007180 to the United States District

Court for the Southern District of Indiana. Removal is based upon 28 U.S.C. § 1332. As

grounds for removal, Cincinnati states as follows:

1.       Plaintiff  INDIANAPOLIS  RACQUET  CLUB,  INC.  ("Plaintiff")  filed  a

complaint in the Marion County Superior Court under Cause No. 49D01-2203-PL-007180

(the "State Court Case").

2.       Plaintiff is seeking declaratory relief concerning insurance coverage for

alleged business income losses under a policy of insurance issued to it by The Cincinnati

Insurance Company (the "Policy"). A true copy of the State Court Case Complaint with all

other filings served on Defendant are attached hereto as **Exhibit 1**. The Policy is attached

to the State Court Case Complaint as Exhibit 1.

3.      Plaintiff seeks insurance coverage for loss of business income due to the closure or reduction of its business in response to the Coronavirus and related government orders.

4.      The Policy provides a limit of coverage for business income and extra on a twelve months all loss sustained basis. The Policy reflects over $2,600,000 in sales for one of the locations for which Plaintiff seeks coverage. This dispute involves claims for damages in excess of $75,000.

5.      There is complete diversity of citizenship among the parties.

6.      Plaintiff is incorporated in Indiana with its principal place of business in Indianapolis, Indiana. It is a citizen of Indiana.

7.      Defendant is an Ohio corporation headquartered in Fairfield, Ohio. It is a citizen of Ohio.

8.      Pursuant to 28 U.S.C. § 1332, the District Courts have jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

9.      This matter is properly removed pursuant to 28 U.S.C. §1441, which permits removal of cases to federal court based on diversity of citizenship.

10.     Defendant was served with summons via certified mail on March 8, 2022.

11.     This notice is timely because it is filed within 30 days of service of the complaint. See 28 U.S.C. §1446(b).

12.     This Court is situated in the district and division serving the location of the action pursuant to 28 U.S.C. §1446(a).

13.     Defendant will also file its "Notice of Filing Notice of Removal" with the

Marion County Superior Court and then serve a copy upon Plaintiff's counsel pursuant to

28 U.S.C. §1446(a) and (d).

WHEREFORE, this Action should proceed in the United States District Court for

the Southern District of Indiana, Indianapolis Division, as an action properly removed

thereto.

DATED: March 10, 2022                    Respectfully Submitted,


By:     */s/     Dennis M. Dolan*
        One of the Attorneys for
        THE CINCINNATI INSURANCE
        COMPANY and THE CINCINNATI
        CASUALTY COMPANY

***Attorney for Defendant***

Dennis M. Dolan, Attorney # 34423-45
Litchfield Cavo LLP
3235 45th Street, Suite 302
Highland, Indiana 46322
Phone:  (219) 301-2137
Dolan@LitchfieldCavo.com