# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SATURDAY EVENING POST SOCIETY, INC., | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 1:22-cv-00472-TWP-DLP<br>) |
| v. | ) Judges:<br>) Tanya Walton Pratt (presiding)<br>) Doris L. Pryor (referral) |
| THE CINCINNATI INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant, THE CINCINNATI INSURANCE COMPANY ("Defendant"), pursuant to 28 U.S.C. §1446, hereby removes the above-captioned action, pending in the Marion County Superior Court as Cause No. 49D01-2203-PL-007157 to the United States District Court for the Southern District of Indiana. Removal is based upon 28 U.S.C. § 1332. As grounds for removal, Cincinnati states as follows:

1. Plaintiff SATURDAY EVENING POST SOCIETY, INC. ("Plaintiff") filed a complaint in the Marion County Superior Court under Cause No. 49D01-2203-PL-007157 (the "State Court Case").

2. Plaintiff is seeking declaratory relief concerning insurance coverage for alleged business income losses under a policy of insurance issued to it by The Cincinnati Insurance Company (the "Policy"). A true copy of the State Court Record (including Docket Sheet, Complaint, Appearance, Notice Identifying Commercial Court Docket Case, Summons and Plaintiff's Motion for Stay) is attached hereto as **Exhibit 1**.

3. Pursuant to Local Rule 81-2(c), a copy of the Complaint filed in the State Court Case is separately attached hereto as **Exhibit 2**. The Policy is attached to the State Court Case Complaint as Exhibit 1.

4. Plaintiff seeks insurance coverage for loss of business income due to the closure or reduction of its business in response to the Coronavirus and related government orders.

5. The Policy provides a blanket limit of coverage for business income and extra expense of $4,493,780. The Policy reflects over $3,500,000 in sales for one of the locations for which Plaintiff seeks coverage. This dispute involves claims for damages in excess of $75,000.

6. There is complete diversity of citizenship among the parties.

7. Plaintiff is incorporated in Indiana with its principal place of business in Indianapolis, Indiana. It is a citizen of Indiana.

8. Defendant is an Ohio corporation headquartered in Fairfield, Ohio. It is a citizen of Ohio.

9. Pursuant to 28 U.S.C. § 1332, the District Courts have jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

10. This matter is properly removed pursuant to 28 U.S.C. §1441, which permits removal of cases to federal court based on diversity of citizenship.

11. Defendant was served with summons via certified mail on March 8, 2022.

12. This notice is timely because it is filed within 30 days of service of the complaint. See 28 U.S.C. §1446(b).

13. This Court is situated in the district and division serving the location of the action pursuant to 28 U.S.C. §1446(a).

14. Defendant will also file its "Notice of Filing Notice of Removal" with the Marion County Superior Court and then serve a copy upon Plaintiff's counsel pursuant to 28 U.S.C. §1446(a) and (d).

WHEREFORE, this Action should proceed in the United States District Court for the Southern District of Indiana, Indianapolis Division, as an action properly removed thereto.

DATED: March 14, 2022                               Respectfully Submitted,

                                                By:   */s/   Dennis M. Dolan*
                                                      One of the Attorneys for
                                                      THE CINCINNATI INSURANCE COMPANY

Dennis M. Dolan, Attorney # 34423-45
Litchfield Cavo LLP
3235 45th Street, Suite 302
Highland, Indiana 46322
Phone: (219) 301-2137
Dolan@LitchfieldCavo.com