UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SATURDAY EVENING POST SOCIETY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | )     No. 1:22-cv-00472-RLM-MKK |
| THE CINCINNATI INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

**<u>FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58</u>**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

Judgment is entered in favor of the defendant and against the plaintiff. The plaintiff shall take nothing by its complaint and this action is terminated.

ENTERED: <u>March 1, 2023</u>

<u>  /s/ Robert L. Miller, Jr.  </u>
Judge, United States District Court

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution to all counsel of record via CM/ECF.